UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sandra J. Erenberg,

Plaintiff,

v.

ORDER
Civ. No. 01-991 (MJD/SRN)

Methodist Hospital,

Defendant.

---

This matter is before the Court upon the Defendant's objections to the Demand for Jury Trial filed by Plaintiff on August 29, 2001. Defendant argues that the Demand for Jury Trial is untimely pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

This action was filed in State Court on May 14, 2001, and timely removed to this Court on June 4, 2001. A Pretrial Scheduling Order was issued August 24, 2001, providing that discovery be completed by July 1, 2002 and that the case be trial ready by November 1, 2002. Because this case is newly filed, the Court finds that excusing Plaintiff's late demand for jury trial does not prejudice the Defendant. In fact, Defendant does not even allege prejudice to itself. It argues that allowing Plaintiff to make an untimely demand for a jury trial will strain the Court's docket, without further explanation.

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Because no prejudice will result in allowing Plaintiff to file an untimely demand for jury trial, the Court will excuse Plaintiff's waiver and overrule the objection of Defendant.

Date: Sept. 17, 2001

Michael J. Davis
United States District Court