UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sandra J. Erenberg,

Plaintiff,

vs.

Methodist Hospital,

Defendant.

**Civil No. 01-991 MJD/SRN**

**STIPULATION OF THE PARTIES AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

---

The parties hereto, by and through their counsel of record, hereby stipulate, agree, and jointly move the Court to amend the Court's Pretrial Scheduling Order as follows:

1. That the deadline for having filed and heard all dispositive motions be changed to October 15, 2002.

2. That the Pretrial Scheduling Order be changed to reflect this date.

Dated: August 17, 2002

OBASI LAW OFFICES

By: ______________________
Christopher O. Obasi, Esq. (#296223)
Brookdale Ten Office Building
5740 Brooklyn Boulevard
Brooklyn Center, Minnesota 55429
Telephone: (763) 560-8417
Facsimile: (763) 560-8420

ATTORNEYS FOR PLAINTIFF

MPLS 217106-1

AUG 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: August 16, 2002

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________________

Penelope J. Phillips, Esq. (#200876)
Marnie E. Polhamus, Esq. (#305078)
225 South 6th Street, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 373-8518
Facsimile: (612) 338-0535

ATTORNEYS FOR DEFENDANT

**IT IS SO ORDERED** that the deadline for having filed and heard all dispositive motions be changed to October 15, 2002, and the Pretrial Scheduling Order be changed to reflect this date.

Dated this 23rd day of August, 2002.

BY THE COURT:

______________________________

The Honorable Susan R. Nelson
Magistrate Judge, United States District Court