# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sandra J. Erenberg

Case No. Civil 01-991 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Methodist Hospital

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment on Plaintiff's claim for sexual harrassment/hostile work environment against Methodist Hospital is GRANTED. Defendant's motion for summary judgment on Plaintiff's claim for age discrimination against Methodist Hospital is granted. Defendant's motion for summary judgment on Plaintiff's claim for retaliation against Methodist Hospital is GRANTED.

DATE: January 30,003

RICHARD D. SLETTEN, CLERK

Gloria J. Schenider, Deputy Clerk